STATE OF NEW JERSEY v. KENNETH MAHAN.

January 17, 1978. Petition for certification denied.

BORYS ZUK v. IRENA T. ZUK.

January 17, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN HENRY WASHINGTON.

January 17, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. SIDNEY CULP.

January 17, 1978. Petition for certification denied.

VIRGINIA DEL BAGLIVO v. MARIO DEL BAGLIVO.

January 17, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. BRIAN CLARK.

January 17, 1978. Petition for certification denied.